**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1434

TREY Z. COOPER,

              Plaintiff - Appellant,

        v.

DSM NUTRITIONAL PRODUCTS, LLC,

              Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:11-cv-02553-RBH)

Submitted:  September 26, 2013      Decided:  September 30, 2013

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Pheobe A. Clark, WUKELA LAW FIRM, Florence, South Carolina, for
Appellant.   Christopher  G.  Mackaronis,  BRICKFIELD,  BURCHETTE,
RITTS & STONE, PC, Washington, D.C.; Jonathan P. Pearson, FISHER
AND PHILLIPS LLP, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trey Z. Cooper appeals from the district court's order accepting the recommendation of the magistrate judge and granting summary judgment in favor of DSM Nutritional Products, LLC, in Cooper's employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cooper v. DSM Nutritional Prods., LLC, No. 4:11-cv-02553-RBH (D.S.C. Mar. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED